**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: Y.A.-C., A MINOR | : | No. 241 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: M.C.-L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: Y.E.C.-A.., A MINOR | : | No. 242 EAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: M.C.-L., MOTHER | : | from the Order of the Superior Court |
| IN THE INTEREST OF: I.C.-A.., A MINOR | : | No. 243 EAL 2022 |
| | : | |
| | : | |
| | : | |
| PETITION OF: M.C.-L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: I.E.C.A., A MINOR | : | No. 244 EAL 2022 |
| | : | |
| | : | |
| | : | |
| PETITION OF: M.C.-L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.